IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII MASONS' PENSION FUND; HAWAII MASONS' AND PLASTERERS' ANNUITY FUND; HAWAII MASONS VACATION AND HOLIDAY FUND; HAWAII MASONS TRAINING FUND; HAWAII MASONS HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC RIM TILE AND STONE LLC, a Hawaii limited liability company; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE TRUSTS 1-10,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 20-00072 JAO-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 10, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendant Pacific Rim Tile and Stone LLC," ECF No. 14, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, July 6, 2020.

/s/ Jill A. Otake

Jill A. Otake
United States District Judge

CIVIL NO. 20-00072 JAO-WRP; *Hawaii Masons' Pension Fund, et al. v. Pacific Rim Tile and Stone LLC, et al.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION